**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: August 26, 2011 |
| Court Reporter: Janet Coppock | Time: 20 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO.  11-CR-00070-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Mydans |
| Plaintiff, | |
| vs. | |
| **2.  MARK W. AKINS,** | Martin Stuart |
| Defendant. | |

**AMENDED CONTINUED HEARING ON MOTION TO CONTINUE**

**9:03 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**Defendant's Third Unopposed Motion for an Ends of Justice Continuance of Trial (Doc #53), 8/19/11.**

Mr. Mydans advises the Court that the defendant has been provided a list of the victims in this case.

Discussion regarding time needed to be prepared to proceed to trial.

Page Two
11-CR-00070-PAB-02
August 26, 2011

Comments by Mr. Stuart.

Court states its findings.

Court concludes that the ends of justice served by excluding **60 days from September 17, 2011** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial and to require defendant to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

**ORDERED:** Defendant's Third Unopposed Motion for an Ends of Justice Continuance of Trial (Doc #53), 8/19/11, is **GRANTED.**

**ORDERED:** Trial scheduled for October 3, 2011 at 8:00 a.m. is **VACATED** and rescheduled to **January 3, 2012 at 8:00 a.m.** Trial preparation conference scheduled for September 28, 2011 at 2:30 p.m. is **VACATED** and rescheduled to **December 21, 2011 at 8:00 a.m.**

**ORDERED:** Government's response to defendant's motions are due **September 26, 2011.**

**ORDERED:** Motions hearing is scheduled for **October 6, 2011 at 11:00 a.m.**

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:.m.  COURT IN RECESS**

**Total in court time:**     28 minutes

**Hearing concluded**